Pennsylvania Railroad Co. *v.* Merchants'
Warehouse Co.

Argued October 17, 1934.

Before TREXLER, P. J., KELLER, CUN-
NINGHAM, BALDRIGE, STADTFELD and PARKER, JJ.

*Henry Wolf Bikle,* with him *Rhoads & Coulston*
and *William F. Zearfaus,* for appellant.

*Robert G. Erskine,* and with him *M. Hampton Todd,*
for appellee.

OPINION BY TREXLER, P. J., January 4, 1935:

The court below refused to enter judgment for want
of a sufficient affidavit of defense. After reading the
pleadings, we are all of the opinion that this case
falls within the rule that an order of this kind is not

reversible unless the action of the court below clearly appears to be based on a plain error of law. We think an opportunity should be given to develop the facts at the trial: Goodrich Rubber Co. v. Motor Tire Corp., 291 Pa. 185, 140 A. 269 and Colonial Securities Co. v. Levy, 302 Pa. 329, 153 A. 553.

The order appealed from is affirmed.